H9022 (12/15)

| Information to identify the case: | |
|---|---|
| Debtor 1 | **Archie Bautista Garduque** |
| | Name |
| Debtor 2 (Spouse, if filing) | Name |

**United States Bankruptcy Court**
**District of Hawaii**

Case number: **24–01088**
Chapter: **13**

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Order Confirming Chapter 13 Plan (related document(s)14 Chapter 13 Plan). Date of Entry: 2/1/2025. (LL)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date: February 1, 2025

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Michael B. Dowling
Clerk