# United States Bankruptcy Court
For The
DISTRICT OF HAWAII

Date: 3/3/2025  Case No: 24-01088

**IN RE:** ARCHIE BAUTISTA GARDUQUE
91-920 WAIHUA PLACE
EWA BEACH, HI 96706

SSN #1: XXX-XX-5712

## LIST OF CLAIMS FILED

Below is a list of the claims which have been filed in the above case. Unless a party in interest files an objection and request for hearing within 30 days of the date of this notice, the claims will be paid according to the provisions of the plan.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | CAVALRY SPV I, LLC / AS ASSIGNEE OF CITIBANK, N.A.<br>P.O. BOX 4252 / GREENWICH, CT 06831-2200 | 4,486.95 | | Unsecured |
| 002 | AFFIRM, INC. / RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587 / GREENVILLE, SC 29603-0587 | 1,424.54 | | Unsecured |
| 003 | AFFIRM, INC. / RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587 / GREENVILLE, SC 29603-0587 | 1,043.13 | | Unsecured |
| 004 | DISCOVER BANK / P.O. BOX 3025<br>NEW ALBANY, OH 43054 | 5,234.57 | | Unsecured |
| 005 | WELLS FARGO BANK, N.A. / PO BOX 10438<br>MAC F8235-02F / DES MOINES, IA 50306-0438 | 3,921.29 | | Unsecured |
| 006 | AMERICAN EXPRESS NATIONAL BANK / BECKET AND LEE LLP<br>P.O. BOX 3001 / MALVERN, PA 19355-0701 | 1,005.17 | | Unsecured |
| 007 | FIRST HAWAIIAN BANK / P.O. BOX 4070<br>HONOLULU, HI 96812 | 5,204.34 | | Unsecured |
| 008 | FIRST HAWAIIAN BANK / P.O. BOX 4070<br>HONOLULU, HI 96812 | 12,589.97 | | Unsecured |
| 009 | FIRST HAWAIIAN BANK / ATTN: BANKRUPTCY<br>PO BOX 4070 / HONOLULU, HI 96812 | | | DirectPay<br>.00 |
| 010 | NORDSTROM, INC. / JEFFERSON CAPITAL SYSTEMS, LLC<br>PO BOX 7999 / ST. CLOUD, MN 56302-9617 | 1,758.93 | | Unsecured |
| 011 | MIDLAND CREDIT MANAGEMENT, INC. / P.O. BOX 2037<br>WARREN, MI 48090 | 1,569.24 | | Unsecured |
| 012 | MIDLAND CREDIT MANAGEMENT, INC. / P.O. BOX 2037<br>WARREN, MI 48090 | 693.16 | | Unsecured |
| 013 | MIDLAND CREDIT MANAGEMENT, INC. / P.O. BOX 2037<br>WARREN, MI 48090 | 9,633.45 | | Unsecured |
| 014 | HAWAII STATE FEDERAL CREDIT UNION / PO BOX 3072<br>HONOLULU, HI 96802 | | 10.0000% | ACCRUE<br>From 11/26/2024 3,364.42 |
| 014 | HAWAII STATE FEDERAL CREDIT UNION / PO BOX 3072<br>HONOLULU, HI 96802 | | | ACCRUE<br>140.65 |
| | BANK OF AMERICA / PO BOX 105576<br>ATLANTA, GA 30348 | None | | Not Filed<br>.00 |
| | APPLE CARD / LOCKBOX 6112<br>PO BOX 7247 / PHILADELPHIA, PA 19170 | None | | Not Filed<br>.00 |
| | Total | 52,069.81 | | |

EDWARD D. MAGAURAN, ESQ.
1188 BISHOP STREET
SUITE 2610
HONOLULU, HI 96813

3,538.00   Debtor's Attorney

Copies of this List of Claims Filed have been mailed to debtor(s), and debtor(s) attorney this date, at their addresses as they appear in this proceeding.

DATE: 3/3/2025

Nima Ghazvini
Chapter 13 Standing Trustee
1050 Bishop Street, #521
Honolulu, HI 96813-4210

Page 1 of 1

U.S. Bankruptcy Court - Hawaii   #24-01088   Dkt # 24   Filed  03/03/25   Page 1 of 1